# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2006

131245 & (24)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RICK PETERSEN,
        Plaintiff-Appellee,
        Cross-Appellant,

v

MAGNA CORPORATION and MIDWEST
EMPLOYERS CASUALTY COMPANY,
        Defendants-Appellants.
        Cross-Appellees,
and

KOLEASECO and CITIZENS INSURANCE
COMPANY, BCN TRANSPORTATION
SERVICES, KOLEASECO and THE ACCIDENT
FUND COMPANY, MAGNA CORPORATION
and TIG INSURANCE COMPANY, BCN
TRANSPORTATION SERVICES and TIG
INSURANCE COMPANY, SERTA
RESTOKRAFT MATTRESS COMPANY and
HARLEYSVILLE LAKE STATES INSURANCE
COMPANY,
        Defendants-Appellees.

SC: 131245
COA: 266037
WCAC: 03-000036

_____/

        On order of the Court, the application for leave to appeal the April 11, 2006 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. The application for leave to appeal as cross-appellant is also considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

        We do not retain jurisdiction.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2006

_____
Clerk

t0920